AO 241
(Rev. 12/04)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| **United States District Court** | District: | of Delaware |
|---|---|---|

Name (under which you were convicted):

Valerie Bradley

Docket or Case No.:

Place of Confinement:
Womens Correctional Institution Lulu Baylor
Blvd, New Castle, DE 19720

Prisoner No.:

186258

Petitioner (include the name under which you were convicted)

Valerie Bradley

Respondent (authorized person having custody of petitioner)

v. Mr. Patrick Lyan (Warden)

The Attorney General of the State of Delaware

**FILED**

**PETITION**

MAR 20 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:
    Honorable Judge Robert Young 38 The Green Kent County (Court House) Dover, DE (Superior Court) 19901

    (b) Criminal docket or case number (if you know):

2.  (a) Date of the judgment of conviction (if you know): February 16 2006

    (b) Date of sentencing: March 20 2006

3.  Length of sentence: 25 yrs suspended 7 yrs 0 yrs mandatory followed by H Clair — 12 mos. Ill.

4.  In this case, were you convicted on more than one count or of more than one crime?   ☐ Yes   ☒ No

5.  Identify all crimes of which you were convicted and sentenced in this case: Trafficking in
    Crack Cocaine

6.  (a) What was your plea? (Check one)

    ☐ (1)  Not guilty          ☐ (3)  Nolo contendere (no contest)
    ☒ (2)  Guilty             ☐ (4)  Insanity plea

    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did
    you plead guilty to and what did you plead not guilty to? Guilty to: Trafficking Crack Cocaine
    Not Guilty of Poss, Maintaining Dwelling Consp, Posse of a Chrwell/bank

AO 241
(Rev. 12/04)

Page 3

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☐ Judge only

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☑ No

8.  Did you appeal from the judgment of conviction?

☐ Yes    ☑ No

9.  If you did appeal, answer the following:

(a) Name of court:

(b) Docket or case number (if you know):

(c) Result:

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised:

(g) Did you seek further review by a higher state court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know):

(5) Citation to the case (if you know):

(6) Grounds raised:

AO 241
(Rev. 12/04)

Page 4

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions
concerning this judgment of conviction in any state court?    ☑ Yes    ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a)  (1) Name of court:  _Superior Court_

(2) Docket or case number (if you know): _N/A_

(3) Date of filing (if you know): _November of 2007_

(4) Nature of the proceeding: _Post-Conviction Relief (e) formal letter_

(5) Grounds raised: _Ineffective Counsel Excessive Bail, Unusual_
_Punishment, Outside T/S Guide lines. Petition Regarding_
_Plea Deal, Sentence on a Plea Agreement of 15 yrs mandato-_
_tory, for Possession with Intent To Deliver, Second Offense_
_Ahead Sentence Bill 71 petitions concerning did Applied_
_during Sentencing later._

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result:  _None_

(8) Date of result (if you know):  _None_

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:  _Superior Court_

(2) Docket or case number (if you know): _N/A_

(3) Date of filing (if you know): _Dec 2007_

(4) Nature of the proceeding: _Modification of Sentencing_

AO 241
(Rev. 12/04)

Page 5

(5) Grounds raised: _Merthon Bill 7) regarding sentencing Chack Cocsini's appure Cecsini The Incumive of Counsel cleary steling 10 hald gotten (4) yrs. Insted Myns. needstery (8 yns) Relief for an alternative nascin' scne of the sentence, And replace with 71s guidelines because of the amount involved, less than 100grans/conflict in Indictment 10 Numbers Cho No. Number_

---

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: _Remain Active_

(8) Date of result (if you know): _N/A_

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: _N/A_

(8) Date of result (if you know): _N/A_

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

AO 241
(Rev. 12/04)

(1) First petition:   ☑ Yes   ☐ No

(2) Second petition:   ☐ Yes   ☑ No

(3) Third petition:   ☐ Yes   ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

*Entered a suppose negotiable Plea Agreement by a promise of less. Fear tactics, Plead states None*

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE:   *Illegal Detention*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*Being in mere possession of Crack cocaine only of below 100 grams As the arresting officer indicating the grand jury, for some apparent reason indicted on (2) counts of Trafficin, In Crack Cocaine wasn't present for the search at the residence. A jury No one was present during or after Nor render the document. That which was supposedly confiscated found was at most 3rd thereafter Only informed has accepted under the institution un, usth,*

(b) If you did not exhaust your state remedies on Ground One, explain why:   *wasn't informed of this petitioning on the Post- Conviction Relief (e), Also the proceeding was push on my own Accord. Recieved Advise thereafter of this grounds*

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:   *N/A*

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

AO 241
(Rev. 12/04)

Type of motion or petition: *Post-Conviction Relief 61*

Name and location of the court where the motion or petition was filed: *Superior Court*
*38 The Green Kent County Court House, Dover, DE 19901*

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):
*See attached*

(3) Did you receive a hearing on your motion or petition?        ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
*When entering a Plea Agreement, or when entering a*
*Modification of Sentence / Reduction Normally there is*
*No Appeal Involved*

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have
used to exhaust your state remedies on Ground One: *Modification / Amend Sentence*
*N/A*

**GROUND TWO:** *Illegal Search and Seizure*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
*When Approach Instead of standard appropriate proceedings*
*The arresting officer, took it upon themselves to further*

AO 241
(Rev. 12/04)

Page 8

Investigate by going to a residence not belonging to me without presenting a legal document to verify they had probable cause. When ignoring at such was exclude by means of your being changed as well as said amount found in the residence.

(b) If you did not exhaust your state remedies on Ground Two, explain why: Based upon Standard Administrative procedures an offender when entering a plea agreement can not thereafter petition an appeal.

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☑ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:

_N/A_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Post-Conviction Relief (61)_

Name and location of the court where the motion or petition was filed: _Superior Court 38 The Green Kent County (Court House), Dover DE 19901_

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): _see attached Denied_

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_

Docket or case number (if you know):

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you :

have used to exhaust your state remedies on Ground Two

_____

**GROUND THREE:** _Ineffective Counsel_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Before attempting to approach the matter on allegation I, Nguri_
_of extenity a faial. Counsel used of illegal tactics to avoid_
_such was forcibly made an impact stating Island No chance._
_No red upon previal conviction and the CO/defendants statement_
_isn't valid enough to more tumults Rule of Dismissal Set_
_any stage of proceeding_

(b) If you did not exhaust your state remedies on Ground Three, explain why: _I did exhaust this_
_as to No dual upon receipt Denied_

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: _N/A_

_____

(d) **Post-Conviction Proceedings:**

✎AO 241
(Rev. 12/04)

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Modification of Sentence_

Name and location of the court where the motion or petition was filed: _Superior Court_

_38 The Green (Kent County) Court House Dover DE 19901_

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_See attached_

(3) Did you receive a hearing on your motion or petition?          ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?      ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ___N/A___

Docket or case number (if you know): ___N/A___

Date of the court's decision: ___N/A___

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

___N/A___

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _Memorandum_

**GROUND FOUR:** _Cruel Unusual Punishment_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AO 241
(Rev. 12/04)                                                                        Page 11

Based a statement that I was declared an Habitual Offender previous the Presiding Prosecuter as well as Counsel indicated this automatically constitute 45 to life in prison, if I was to take this to trial I would definitely without a shadow of a doubt I would recieve the above sentence it is so written

(b) If you did not exhaust your state remedies on Ground Four, explain why: Again, having no sole Knowledge one can not petition on claim under this. Also the fear that was instill contribute to just placing a halt to all claims of being judge unjustly.

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?               ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

AO 241
(Rev. 12/04)

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Four: _Normally this jurisdiction_
_doesn't allow, any offender to my knowledge to file_
_an appeal basically because standard procedure is_
_when an defendant enters a Plea Agreement they disregarding_
_Any appeals_

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have/raised in this petition been presented to the highest state court
having jurisdiction?    ☐ Yes    ☑ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not
presenting them: _Again, based upon Standard procedures when_
_entering a Plea Agreement you can not Appeal later_
_illegal defenstive (cannot) Statement,_

(b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, which
ground or grounds have not been presented, and state your reasons for not presenting them:
_Took a Plea Agreement_

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction
that you challenge in this petition?    ☐ Yes    ☑ No

AO 241
(Rev. 12/04)

Page 13

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?        ☐ Yes    ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:    _Mr. Lloyd Schnid Esquire. Public Defender_

(b) At arraignment and plea:    _Mr. Lloyd Schnid Esquire_

(c) At trial:    _None_

(d) At sentencing:    _Mr. Lloyd Schnid Esquire_

(e) On appeal:    _None_

(f) In any post-conviction proceeding:    _None_

(g) On appeal from any ruling against you in a post-conviction proceeding:
_None_

AO 241
(Rev. 12/04)

Page 14

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?          ☐ Yes    ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

(b) Give the date the other sentence was imposed: _____ None

(c) Give the length of the other sentence: _____ None

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?          ☐ Yes    ☑ No

18.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

At time lapse rt is because I wasn't affiliated by knowledge
previously. Also I became battling thereafter recieving
a rule of denial on the past- Conunc honteful Rule left
also reluctant when No response on Additions.
What really became clean. is the fact that
State's attorney prosecuten state Laws reinust
declaned at Habite/cHenden then the additional
sanction of inflicting a mandatoy pnovision
set forth.
  Personal reasons mainly No Assistance and not
able to research appropriately
  Assertion must be seared as My Counsel
Cleanly stated. FEAR TACTICS cause this
absolute delay in filing

AO 241
(Rev. 12/04)

Page 15

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
        custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration
               of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of
               the Constitution or laws of the United States is removed, if the applicant was prevented from
               filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court,
               if the right has been newly recognized by the Supreme Court and made retroactively applicable to
               cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been
               discovered through the exercise of due diligence.

(2)     The time during which a properly filed application for State post-conviction or other collateral review with
        respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation
        under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _To be rendered Time Served Immediately transfer to Level V None Confinement / Work-Release and/or probation / supervision / ASC to Coordinate treatment Crest_

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

AO 241
(Rev. 12/04)

_____

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

IN FORMA PAUPERIS DECLARATION

U.S. District Court

[insert appropriate court]

* * * * *

Memorandum

My First and foremost statement is I so deeply apologize
There has been so much that transpire while serving
my inposition I have strave toward developing an exception
at level rehabilitation while at Custodial level.

I have steadly maintained a 1st Cook position within
the institutional setting, kitchen my performance outweigh
the scale of professionalism I was recommended by staff
most caliber in the field of a cook.

Also I have endeavors all prescribe programs by
Doc whereas my participation is exemplary, especially
my demeanor, performance.

I must implement this incarceration each segment
I uphold my daily personal assessment, a journal that
provide supplemental views in my perspective towards
productiveness This is precizely what was designed for each
prisoner that they would set goals, be example while be doing
bar, start working towards re incarse fulness being siten time to
a preventive method that will provide one with factors, so that
they will rebuild oneself become a product of a reform
prisoner and indeed everyone can change, only if they begin
to nurture there fundamentals while incarcerastel. Also a
most vital important element is repaying the debt on to the
community, if it is to Aide AN elderly, volunteer service to
the youth. become a motivator speaker either manner
most essential is learning a lesson.

Exhibit (A)

Ground Five: Illegal Search Seizure without Copy

Supporting Facts (state briefly without citing cases or law).

Illegal Search Seizure when the officers or detective develop to perform a search of a residence Not pertaining to the key factor. The supposedly C/o defendant clearly stated if any drugs illegally found. Quote they were hig precisely repeated, he stated I have No involvement of the confiscated, apprehended seizure of any drugs found to have knowledge it should of been clear during a volunteer statement. Both weren't present, was solely detained within the compounds of Troop 3. # Upon interviewing once again, which there is solid verification of his testimony of such truth. Also absolutely Noone was submitted, provided with a copy or copies of Search Warrant at any stage of the proceedings or standard procedure.

Ground Six: Conviction obtained by use of coerced confession

Supporting Facts (state briefly without citing cases or law).

Basically Counsel used of railroad, tactics played a major role by. if I do not take this Negotiable format Plea Agreement I stand to recieve life imprisonment regardless he stated (see Attached) Quote) An habitual offender on my second conviction (See Attached) Quote) in black and white by the Attorney general in a letter form. for Possession with Intent To deliver I was declared this was in round or about 1996 or 1997 I was declared. He, Counsel also indicated the statement To defendant can not be favorably use at any time on stages of proceedings, He stated as well the Plea Agreement obtained was the only provision the presiding, prosecutor would agree unto I was given several case reviews, Quote if I go to trial indeed without a doubt I would definitely recieve life in prison. Suggestion do not attempt.

Ground seven Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea. Supporting Facts (state briefly without citing cases or law). The facts is quite clear. I entered an supposedly favorable negotiable plea agreement on the strength of given the impression solely sworn promise of minimum mandatory, precisely in the Knowance, it "I understand" upon Arrival at the women's Correctional Inst. being provided a client status sheet, it stated (8) yrs mandatory excluded Apon the status sheet minimum mandatory Even when questioned Counsel hesitated same. Conflicting documents upon reciept

Ground eight: Denial of right of appeal Supporting Facts (state briefly without citing cases or law). This particularly is a main focus when I entered the Plea Agreement I stated I grasp because I was directed too When I filed several motions for relief when denied I wasn't able to Appeal if so I knew not. Concerning Any return denial. Absolutely No one have that sole right once endeavor a Plea Agreement, yet you can file Modification etc.

Ground Nine Conviction obtained by a Violation of protection Supporting Facts (state briefly without citing cases or law) The key substance is the grand jury solely rely on both incident toreaden over an 100 grains did Indict. Double jeopardy played apart by allowing the residence and previous apprehension. Both matters were dealt with seperate occasions, but indicted by combining very much illegally denise As the advice of an lawyer.

Ground ten  Misleading Inappropriate Plea Agreement

Supporting Facts (state briefly without citing cases or laws)

Conviction obtained by Not declared an habitual offender

When inquiring of this allege fact unto my Counsel
he intentionally forcibly implemented the record shows the
fact that this is to be true, based upon this document
there is no other alternative alleviation Nor accommodation for a more favorable Plea Agreement other than
25 years at Level V (8) mandatory follow by Level IV
No other answer but this.


Ground eleven

Supporting Facts (state briefly without citing cases or laws)

Unconstitutional Detention

Upon being detained I questioned the arresting officer
of the excessiveness in bail and why was I being detained
for a matter I wasn't present pending bail As to this
effective without just cause, Because of this matter I was
deprived many program functioning within the institution
unable to be classified for a lesser restrictive
living quarters and/or classified as a trustee.

Ground twelve

Supporting Facts (state briefly without citing cases or laws)

Conviction obtained by the unconstitutional failure of the
prosecution to disclose to the courts evidence favorable
to the defendant

The confession by C/w defendant was totally disregarded
during the entire process of proceedings at every
stage of procedure.

CONTINUE

When Questioning at this truth each affilisted parties excluded this by means of it have no solid finn concrete foundation in other words it is useless at any stage to attempt to pursue.

Ground thirteen   Outside Sentencing Provisions

Supporting Facts (state briefly without citing cases or law)

Conviction obtained by Prior Criminal History

My prior criminal history of convictions, promoted the statutory penalty with just a second offense of drug crack cocaine automatically I was "single" "out" "pin point" "seperated", "trigger", shot, discriminated against, classified, subject unto an second offense. under a title unknown.

Ground fourteen   Cruel Unusual Punishment

Supporting Facts (state briefly without citing cases or law)

The imposition inflicted I strongly believe was excessively induced, I strongly am incline to be based upon a previous profile of a 15 year mandatory at full custodial level I without any benefits on my second drug offense of Crack Cocaine, Upon an review I found to have little to nothing in sole possession Never once was I evaluated for an alternative for incarceration after Drug Treatment Program and for Chest with After-Care TASC to monitor supervision coordinate the appropriate treatment or other sanction after serving a portion. Just the maximum statutory penalty for more than I had been found in possession with.



Valerie Bradley
c/o W.C.I.
660 Baylors Blvd
New Castle, DE 19720

U.S.
X-RAY

Clerk, United States District Court for the
District of Delaware
844 North King Street Lock box 18
Wilmington, Delaware 19801