IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE BRADLEY, | ) |
|     Petitioner, | ) ) ) |
| v. | ) )   Civil Action No. 08-160-GMS |
| PATRICK RYAN,<br>Warden, and ATTORNEY<br>GENERAL OF THE STATE<br>OF DELAWARE, | ) ) ) ) ) ) |
|     Respondents. | ) |

## AEDPA ELECTION FORM

FILED APR 22 2008 U.S. [DISTRICT] COURT DISTRICT OF DELAWARE

1. ✓      I wish the court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____      I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____  I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). *See Swartz v. Meyers*, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

*Valerie Bradley*
Petitioner

Valerie Bradley
660 BayVue Blvd
New Castle DE 19720

WILMINGTON DE 197
24 APR 2008 PM 5 I

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

USA FIRST-CLASS FOREVER