D.I. #_____

# CIVIL ACTION
# NUMBER: 08 CV160 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| | |
|---|---|
| Postage | $ 168 |
| Certified Fee | 265 |
| Return Receipt Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| | 6.58 |

7007 3020 0002 3321 7555

Women's Correctional Institution
660 Baylor Blvd.
New Castle, DE 19720

08160 GmS