D.I. #_____

# CIVIL ACTION
# NUMBER: 08 cv 160 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 1.68 |
| Certified Fee | 2.60 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.58 |

Postmark Here

08-160 GmS

Sent To: LOREN MEYERS
Street, Apt. No.; or PO Box No.: DEPUTY ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
City, State, ZIP+4: 820 N. FRENCH STREET
WILMINGTON, DE 19801

PS Form 3800, August 2006    See Reverse for Instructions

7007 3020 0002 3321 7647