D.I. #_____

# CIVIL ACTION NUMBER: 08CV 160 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  5-22 |
| 1. Article Addressed to:<br><br>Women's Correctional Institution<br>660 Baylor Blvd<br>New Castle, DE 19720<br><br>08-160 GMS | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 3020 0002 3321 7555 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540