IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **VALERIE BRADLEY**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 08-160-GMS |
| | : | |
| **PATRICK RYAN**, Warden, and | : | |
| **JOSEPH R. BIDEN, III**, Attorney | : | |
| General of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that copies of the following Delaware Superior Court documents have been manually filed with the Court and are available in paper form only:

   a. Plea Agreement

   b. Truth-in-Sentencing Guilty Plea Form

   c. Superior Court Sentence Order (March 20, 2006)

   d. Motion for Sentence Reduction (April 18, 2006)

   e. Superior Court Order (May 18, 2006)

   f. Affidavit of Lloyd A. Schmid, Jr., Esquire

   g. Commissioner's Report and recommendation (January 5, 2007)

   h. Appeal from Commissioner's Report & Recommendation

   i. Superior Court Order (March 27, 2007)

   j. Motion for Reduction of Sentence (July 24, 2007)

   k. Superior Court Order (September 4, 2007)

   l. Motion for Reduction of Sentence (February 15, 2008)

      m.  Superior Court Order (February 21, 2008)

      n.  Superior Court Criminal Docket

      o.  State Police Crime report (November 28, 2005)

      p.  Dover Police report (November 28, 2005).

                                          /s/ Elizabeth R. McFarlan
                                          Deputy Attorney General (Del. Bar. ID #. 3759)
                                          Department of Justice
                                          820 N. French Street
                                          Wilmington, DE 19801
                                          (302) 577-8500
July 8, 2008                                elizabeth.mcfarlan@state.de.us

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 8, 2008, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF. I also hereby certify that on July 8, 2008, I have mailed by United States Service, two copies of the same document and one copy of the documents referenced therein to the following non-registered participant:

  Valerie Bradley
  SBI No. 186258
  Baylor Women's Correctional Institution
  660 Baylor Blvd
  New Castle, DE 19720

            /s/Elizabeth R. McFarlan
            Deputy Attorney General
            Department of Justice
            820 N. French Street
            Wilmington, DE 19801
            (302) 577-8500
            Del. Bar. ID No. 3759
            elizabeth.mcfarlan@state.de.us